KATHERINE McGUIRE, as Administratrix of the Estate of JOHN E. LEAVESLEY, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent. — The plaintiff, as administratrix, sues to recover $8,425.23 on the theory of money had and received. The action is based on plaintiff's rescission of two annuity contracts on the ground of alleged written fraudulent representations made by defendant's agent to the deceased annuitant, which induced him to enter into such contracts. After a third trial the jury found the representations to be true and rendered a verdict in defendant's favor. Plaintiff appeals from the judgment entered thereon and from an order denying her motion to set aside the verdict. On a prior appeal from a judgment of nonsuit, we reversed and ordered a new trial, holding that a question of fact was presented as to the truth or falsity of the agent's written statement. (See 265 App. Div. 840.) The jury resolved that issue in favor of defendant and found the statement was true. We cannot say, as a matter of law, that the statement was false. Judgment unanimously affirmed, with costs. Appeal from order dismissed, without costs. There is no such order in the record. Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ. [See post, p. 862.]

EDWARD M. MURRAY et al., Respondents, v. NEW YORK SAVINGS BANK, Appellant.— In an action for brokers' commissions, order denying motion to vacate or modify notice of examination, insofar as appealed from, affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice at the same place and hour. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

MICHAEL O'BRIEN, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— In an action to recover upon a policy of life insurance, order of the City Court of Yonkers, denying motion by defendant for summary judgment, affirmed, with ten dollars costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

WILLIAM OOSTERHUIS, as Receiver of FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS, Respondent, v. NICHOLAS FUREDI et al., Appellants.— In an action to recover a sum of money alleged to be due and owing under the terms of a written instrument, order denying defendants' motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to appellants to answer within ten days from the entry of the order hereon. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

HELEN PIERCE et al., Respondents, v. MILDRED FEINSTEIN, Appellant.— Action by plaintiff wife to recover damages for personal injuries suffered as the result of falling into a hole created when the pavement collapsed in the back yard of premises in which she resided, and by her husband for expenses and loss of services. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

SOPHIE PROKOPOWICZ et al., Respondents, v. 11 WEST 42ND STREET, INC., Defendant, and OTIS ELEVATOR COMPANY, Defendant-Appellant.— Appeal by defendant Otis Elevator Company from a judgment for the plaintiffs in an action to recover damages for personal injuries and for loss of services sustained when an elevator, installed by the appellant, fell. Judgment unanimously affirmed, with costs. No opinion. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See post, p. 822.]